# In the United States Court of Federal Claims

No. 13-506C

(Filed: October 8, 2013)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AMAZON WEB SERVICES, INC.,

               Plaintiff,

v.

THE UNITED STATES,

               Defendant,

and

IBM U.S. FEDERAL,

               Defendant-Intervenor.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

On October 7, 2013, the Court heard oral argument on the cross-motions for judgment on the administrative record filed by Plaintiff, Amazon Web Services, Inc. ("AWS"); Defendant, the United States; and Defendant-Intervenor, IBM Corporation. Ruling from the bench, and for the reasons stated on the record, the Court ordered that Plaintiff's motion is GRANTED, the commercial cloud services ("C2S") contract awarded to AWS is restored, the corrective action stay is lifted, and the Central Intelligence Agency and AWS may immediately resume performance of the C2S contract. The Court further ordered that Defendant and Defendant-Intervenor's respective motions are DENIED. A separate written opinion will follow.

IT IS SO ORDERED.

                                                         s/ Thomas C. Wheeler
                                                         THOMAS C. WHEELER
                                                          Judge